ZETLIN & De CHIARA LLP
ROBERT H. SHAFFER, JR. – SBN 155182
rshaffer@zdlaw.com
555 West Fifth Street
Suite 3100
Los Angeles, CA 90013
Tel.: (213) 996-8333
Fax: (213) 996-8322

Attorneys for Defendant, ROCKWELL ARCHITECTURE, PLANNING AND DESIGN, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO RED INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKWELL ARCHITECTURE, PLANNING AND DESIGN, P.C.,<br><br>    Defendant. | Case No. C07-0396 MEJ<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; AND [PROPOSED] ORDER THEREON** |

Plaintiff, Studio Red Incorporated and Defendant, Rockwell Architecture, Planning and Design, P.C., by and through their respective attorneys, hereby stipulate as follows:

1. On or about January 19, 2007, plaintiff filed its Complaint in the above-captioned matter.

2. Plaintiff served the Summons and Complaint on defendant by certified mail.

3. A responsive pleading is due by defendant on March 5, 2007.

4. Plaintiff and defendant have agreed to meet and confer for the purpose of discussing an early resolution of this action during the next thirty (30) days.

- 1 -

5. In an effort to facilitate the discussions between the parties, plaintiff and defendant hereby stipulate to extend the time within which defendant may file a responsive pleading to the Complaint, to and including March 15, 2007.

IT IS SO STIPULATED:

Dated: March 1st, 2007

CRAIGIE, McCARTHY & CLOW

By: _____
James M. Hanavan,
*Attorneys for Plaintiff, Studio Red Incorporated*

Dated: March 7, 2007

ZETLIN & DE CHIARA LLP

By: _____
Robert H. Shaffer, Jr.,
*Attorneys for Defendant, Rockwell Architecture, Planning and Design, P.C.*

- 2 -

00892\0010\152950

STIPULATION TO EXTEND TIME

## ORDER

Based on the Stipulation of the parties and for good cause shown, it is hereby ordered that defendant must file a response to the Complaint or on before March ~~15~~ 23, 2007.

IT IS SO ORDERED.

Dated: March 21, 2007



Judge Maria-Elena James
United States Magistrate

- 3 -

00892\0010\152950

**STIPULATION TO EXTEND TIME**
Case # C07-0396 MEJ